**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1827**

In Re:  PRESTON LEVONNE BUIE,

　　　　　　　Petitioner.

On Petition for Writ of Mandamus.
(1:08-cr-00347-WO-1)

Submitted:  October 3, 2014　　　　Decided:  October 9, 2014

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Preston Levonne Buie, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Preston Levonne Buie petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2255 (2012) motion to vacate. He seeks an order from this court directing the district court to act on the motion and to release him on bond pending the motion's resolution. Our review of the district court's docket reveals that the district court issued an order denying relief on the § 2255 motion on September 16, 2014. Accordingly, because the district court has recently decided Buie's case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED